Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Excell Aerofab, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **91-1900026** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **19222 62nd Ave. NE**<br>**Arlington, WA 98223**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

| Debtor | **Excell Aerofab, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **Excell Aerofab, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Excell Aerofab, LLC**  Case number (*if known*)
_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Excell Aerofab, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 3, 2025**
MM / DD / YYYY

**X** **/s/ Sheryl Hoye**                                           **Sheryl Hoye**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** **/s/ Jennifer L. Neeleman**                                Date  **September 3, 2025**
Signature of attorney for debtor                                           MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone  **(425) 212-4800**       Email address  **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Excell Aerofab, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Capital Assist** 323 Sunny Isles Blvd, #503 North Miami Beach, FL 33160 | | Loan | | $32,500.00 | Unknown | Unknown |
| **Channel Partners Capital** 10900 Wayzata Blvd, Suite 300 Hopkins, MN 55305 | | Loan | | $65,785.70 | Unknown | Unknown |
| **Craft3 Bank** P.O. Box 3914 Seattle, WA 98124-3914 | | Loan | | | | $104,748.58 |
| **First Citizens Bank & Trust** 21146 Network Place Chicago, IL 60673-1211 | | Loan | | | | $15,314.41 |
| **G&G Funding Group** 57 West 57th St. 4th Floor New York, NY 10019 | | Loan | | $7,720.38 | Unknown | Unknown |
| **Headway Capital, LLC** 4700 West Daybreak Pkwy, #200 South Jordan, UT 84009 | | Loan | | | | $19,222.93 |
| **iBusiness Funding Funding Circle** 110 SE 6th St., Suite 700 Fort Lauderdale, FL 33301 | | Loan | | $72,343.58 | Unknown | Unknown |

| Debtor | Excell Aerofab, LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kapitas** 2500 Wilson Blvd., Suite 350 Arlington, VA 22201 | | **Loan** | | **$79,090.00** | **Unknown** | **Unknown** |
| **Nexi** 100 Merrick Rd. Rockville Centre, NY 11570 | | **Loan** | | **$16,022.80** | **Unknown** | **Unknown** |
| **PNC Bank LOC** P.O. Box 5570 BR-YB58*01-J Cleveland, OH 44101 | | **Loan** | | | | **$100,975.09** |
| **Smart Business Funding** 20515 NE 22nd Ave. Miami, FL 33180 | | **Loan** | | **$52,440.00** | **Unknown** | **Unknown** |
| **Snohomish Co Treasurer** Attn: BK Officer 3000 Rockefeller Ave MS 501 Everett, WA 98201 | | **Property Taxes** | | **$2,493.94** | **$0.00** | **$2,493.94** |
| **Splash Advance** 3350 NW 2nd Ave., A28 Boca Raton, FL 33431 | | **Loan** | | | | **$7,195.20** |
| **Wells Fargo** P.O. Box 51174 Los Angeles, CA 90051-5474 | | **Line of Credit** | | | | **$28,775.17** |

ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


CAPITAL ASSIST
323 SUNNY ISLES BLVD, #503
NORTH MIAMI BEACH, FL 33160


CHANNEL PARTNERS CAPITAL
10900 WAYZATA BLVD, SUITE 300
HOPKINS, MN 55305


CRAFT3 BANK
P.O. BOX 3914
SEATTLE, WA 98124-3914


FIRST CITIZENS BANK & TRUST
21146 NETWORK PLACE
CHICAGO, IL 60673-1211


G&G FUNDING GROUP
57 WEST 57TH ST. 4TH FLOOR
NEW YORK, NY 10019


HEADWAY CAPITAL, LLC
4700 WEST DAYBREAK PKWY, #200
SOUTH JORDAN, UT 84009


IBUSINESS FUNDING
FUNDING CIRCLE
110 SE 6TH ST. , SUITE 700
FORT LAUDERDALE, FL 33301


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KAPITAS
2500 WILSON BLVD., SUITE 350
ARLINGTON, VA 22201

```
NEXI
100 MERRICK RD.
ROCKVILLE CENTRE, NY 11570


PNC BANK LOC
P.O. BOX 5570
BR-YB58*01-J
CLEVELAND, OH 44101


SMART BUSINESS FUNDING
20515 NE 22ND AVE.
MIAMI, FL 33180


SNOHOMISH CO TREASURER
ATTN: BK OFFICER
3000 ROCKEFELLER AVE MS 501
EVERETT, WA 98201


SPLASH ADVANCE
3350 NW 2ND AVE., A28
BOCA RATON, FL 33431


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
BANKRUPTCY UNIT
P.O. BOX 44171
OLYMPIA, WA 98504


WA EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507-9046


WELLS FARGO
P.O. BOX 51174
LOS ANGELES, CA 90051-5474
```

In re  **Excell Aerofab, LLC**

Debtor(s)

Case No.

Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Excell Aerofab, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **September 3, 2025** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for **Excell Aerofab, LLC** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |